UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
TRUSTEES OF THE EMPIRE STATE
CARPENTERS ANNUITY, APPRENTICESHIP, LABOR-
MANAGEMENT COOPERATION, PENSION AND
WELFARE FUNDS, TRUSTEES OF THE NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE FUND, ANNUITY FUND, AND
APPRENTICEHSIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES
OF THE NEW YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT CORPORATION

            Plaintiffs,

-against-               14-CV-2121 (VEC)

TRIANGLE FLOORING & SUPPLY CORP.,
E_M CUSTOM FLOORING INSTALLATIONS, INC.,
ACCENT HARDWOOD FLOORING & SUPPLY CORP., and
E&M HARDWOOD FLOORING CORP.

            Defendants.
-------------------------------------------------------------------------x

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel to Defendants Accent Hardwood Flooring & Supply Corp., E_M Custom Flooring Installations, Inc., and E&M Hardwood Flooring Corp. (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

NONE

Dated:   January 7, 2015
       Commack, New York

              The Ziskin Law Firm, LLP

           By:  *Richard B. Ziskin*
              Richard B. Ziskin, Esq.
              Attorneys for Defendants
              Office and P.O. Address:
              6268 Jericho Turnpike, Suite 12A
              Commack, NY 11725
              (631) 462-1417